UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LAWRENCE YOUNG, Individually and on
behalf of all other persons similarly situated,
                Plaintiff,

v.

FRED MEYER JEWELERS, INC.,
                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

17 CV 6409 (VB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-18

      The Court has been advised that the parties have reached a settlement in this case. (Doc. #13). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 14, 2018. To be clear, any application to restore the action must be filed by June 14, 2018, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to terminate the letter motion (Doc. #13), and close this case.

Dated: May 15, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge